UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSE RAMIRO PEREZ REYES, (A-Number: 218-035-639)

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:26-cv-02437-KES-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT PETITION FOR WRIT OF HABEAS CORPUS

Doc. 15

Jose Ramiro Perez Reyes is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. On July 28, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition and convert the preliminary injunction entered April 3, 2026, into a permanent injunction implementing the writ. Doc. 15. The Court served the findings and recommendations on all parties and notified them that any objections were due within twenty-one (21) days. *Id.* at 2. Respondents filed timely objections on August 18, 2026. Doc. 16.

Respondents objected to the scope of relief in the findings and recommendations, stating that "[a]ny permanent injunction should not apply if Petitioner becomes subject to a final order of removal." Doc. 16 at 1. Petitioner's detention is currently governed by 8 U.S.C. § 1226(a) and he is still in active removal proceedings. *See* Doc. 14 at 2–3. Respondents do not assert that a final removal order has been issued. *See* Doc. 16. The Court clarifies that this Order does not address the circumstances in which respondents may detain petitioner in the event he becomes

subject to an executable final order of removal.

Pursuant to 28 U.S.C. § 636(b)(1), this court reviewed this case de novo, including respondents' objections. Having carefully reviewed the matter, the court concludes the findings and recommendations are supported by the record and proper analysis, with the above-noted clarification.

The court **ORDERS**:

1. The findings and recommendations issued on July 28, 2026, Doc. 15, are ADOPTED as modified above;
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.
3. The preliminary injunction entered April 3, 2026, Doc. 8, is CONVERTED to a permanent injunction implementing the writ.
4. The Clerk of the Court is directed to terminate any pending motions as moot, enter judgment, and close this case.

IT IS SO ORDERED.

Dated: September 11, 2026

UNITED STATES DISTRICT JUDGE